IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

**FILED**

JUN 30 2021

CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Incumbency Secunda A Williams
_____
Plaintiff

)
)
)
)
)

1:21  CV  1265

CASE NO._____

-vs-

Common Pleas Court
Judd Freedman
_____
Defendant(s)
(Stuart)

)
)
)
)
)
)

JUDGE **JUDGE CALABRESE**

COMPLAINT

I Secunda A Williams — Starr, the
Fiduciary/Certificate of Incumbency.
Daughter of the late Annie Lee Williams
7-13-2015 Murdered in more than one
way. Judge Stuart Freedman is Responiable
for Wynita Brown and all the othe
Fudisitivas running around/behind I
everyday thier friends with my Husband
Dwayne Conley. he lives with with I.
Conspiracy to murder the Fiduary
Secunda A Williams Rule 7 (word street
All or Any are in all or Any properties,

**Secunda Williams**

Fiduciary interstate
Authority/Administer

**Fiduciary Secunda Williams**
**Society Tower/Key Tower**
**Corpration ID 1779/54**
**Real Estate (Property) ID 102547**
**(2015020039) interstate FIN 381666**