UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| INCUMBENCY SECUNDA WILLIAMS, | ) Case No. 1:21 cv 1265 ) |
| Plaintiff, | ) Judge J. Philip Calabrese ) |
| v. | ) Magistrate Judge William H. ) Baughman, Jr. |
| COMMON PLEAS COURT, *et al.* | ) ) |
| Defendants. | ) ) |

## JUDGMENT ENTRY

For the reasons stated in the Court's Opinion and Order, this action is dismissed pursuant to 28 U.S.C. §1915(e). Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

Dated: November 8, 2021

J. Philip Calabrese
United States District Judge
Northern District of Ohio